

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: ROBERT KAUFMAN, | § | No. 08-23-00281-CR |
| Appellant, | § | Appeal from the |
| v. | § | 327th Judicial District Court |
| | | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC# 930D05122) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF OCTOBER 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.